IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JONATHAN R. HILL,

    Plaintiff,

v.                                                                 4:17cv34–WS/CAS

STATE OF FLORIDA, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 26) docketed October 4, 2017. The magistrate judge recommends that the plaintiff's case be dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The plaintiff has filed objections (doc. 27) to the report and recommendation.

Having reviewed the report and recommendation and the plaintiff's objections thereto, the court finds that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 26) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The clerk shall enter judgment stating: "All claims are dismissed."

4. The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this __24th__ day of ___October___, 2017.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE